UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE TACORONTE,

    Plaintiff,

v.                                                                Case No. 6:18-cv-841-Orl-37TBS

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.
_____

## ORDER

On January 10, 2019, the Court held a hearing on Defendant's motion to dismiss Plaintiff's second amended complaint (Doc. 24). (Doc. 31 ("**Hearing**").) Having considered the parties' filings and oral arguments, the Court pronounced its ruling at the Hearing, finding that Defendant's motion to dismiss is due to be granted because: (1) the at-issue notice was sent in compliance with the Truth in Lending Act; (2) Plaintiff did not allege that the debt was illegitimate; (3) even assuming the debt was illegitimate, Plaintiff failed to allege that Defendant had actual knowledge that the debt was illegitimate; and (4) Plaintiff failed to allege compliance with the mortgage's notice and cure provision.[1] This Order memorializes the Court's oral pronouncement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

---

[1] Although the mortgage is outside the four corners of the complaint, the Court nonetheless considered it because it was attached to the motion to dismiss, is central to the dispute, and its veracity is undisputed.

1. Defendant Specialized Loan Servicing, LLC's Motion to Dismiss Second Amended Complaint and Incorporated Memorandum of Law (Doc. 24) is **GRANTED IN PART AND DENIED IN PART:**

    a. Defendant's Motion is **GRANTED** for failure to state a claim.

    b. In all other respects, the Motion is **DENIED.**

2. Plaintiff Jesse Tacoronte's Second Amended Complaint (Doc. 23) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 10, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record